Sean K. Hungerford (SBN 200268)
Adam K. Guernsey (SBN 282105)
Sabrina E. Barr (SBN 347447)
HARRISON, TEMBLADOR,
HUNGERFORD & GUERNSEY LLP
2801 T Street
Sacramento, CA 95816
Telephone: (916) 382-4377
Facsimile: (916) 382-4380
Email:
shungerford@hthglaw.com
aguernsey@hthglaw.com
sbarr@hthglaw.com

*Attorneys for Defendants*
State of California, California Department of
Corrections and Rehabilitation, and California
Department of General Services

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORWARD, INC.<br><br>*Plaintiff*,<br><br>vs.<br><br>THE STATE OF CALIFORNIA, THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, a California state agency, and THE CALIFORNIA DEPARTMENT OF GENERAL SERVICES, a California state agency, and DOES 1-20, inclusive,<br><br>*Defendants*. | Case No. 2:23-CV-1567-DAD-DB<br>Judge:   Hon. Dale A. Drozd<br><br>**FIRST AMENDED NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP 12(b)(1)**<br><br>Date:       December 19, 2023<br>Time:       1:30 P.M.<br>Judge:      Honorable Dale A. Drozd<br>Courtroom: 4 |

TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Tuesday December 19, 2023, at 1:30 P.M., or as soon thereafter as the matter may be heard in the above-entitled court, located at 501 I Street, Sacramento, California 95814, Defendants the State of California, California Department of Corrections and Rehabilitation, and California Department of General Services will move the court to dismiss the action pursuant to Federal Rule of Civil Procedure 12(b)(1) because the court lacks subject matter jurisdiction to adjudicate the

claims on the grounds that Defendants, as sovereign, are immune from suit in federal court by virtue of the Eleventh Amendment to the United States Constitution.

    The motion will be based on this First Amended Notice of Motion and Motion, the First Amended Memorandum of Points and Authorities filed herewith, Declaration of Adam K. Guernsey filed herewith, and the pleadings and papers filed herein.

DATED: October 23, 2023

HARRISON, TEMBLADOR,
HUNGERFORD & GUERNSEY LLP

_____
Sean K. Hungerford
Adam K. Guernsey
Sabrina E. Barr
Attorneys for Defendants State of California, California Department of Corrections and Rehabilitation, and California Department of General Services